UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WINFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB ADAMS, et al.,<br><br>    Defendants. | No. 2:13-cv-1370 AC P<br><br><br><br>ORDER |

On July 3, 2014, plaintiff filed a letter that has been liberally construed as a motion for leave to amend. ECF No. 24. This civil rights action was dismissed on April 28, 2014 and judgment thereon entered. ECF Nos. 22, 23. Plaintiff's filing at this stage is not one contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

DATED: August 13, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE